UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00025-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RODOLFO GARCIA-MARTINEZ, a/k/a Sergio Sanchez,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on March 21, 2011.  The parties shall contact chambers on or before **Friday, April 1, 2011** to set a Change of Plea hearing.

      Dated:  March 23, 2011