UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00025-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RODOLFO GARCIA-MARTINEZ, a/k/a Sergio Sanchez,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in this case on March 21, 2011.  Thus, the jury trial set to commence on Monday, April 4, 2011 is hereby **VACATED.**

     Dated:  March 30, 2011.