UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00025-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RODOLFO GARCIA-MARTINEZ, a/k/a Sergio Sanchez,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Change of Plea hearing is set for **Tuesday, April 19, 2011 at 9:00 AM.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  March 31, 2011